IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE:<br>TRI-STATE FINANCIAL, LLC, d/b/a<br>NORTH COUNTRY ETHANOL,<br><br>Debtor.<br>_____<br>THOMAS D. STALNAKER, TRUSTEE<br><br>Plaintiff,<br><br>vs.<br><br>GEORGE ALLISON, JR.; FRANK &<br>PHYLLIS CERNIK; CHARLES<br>CLATTERBUCK; CHRIS & AMY<br>DANIEL; DISTEFANO FAMILY LTD<br>PARTNERSHIP; MARK E. EHRHART;<br>ROBERT G. GRIFFIN; TED HAZER;<br>TED HAZER, TRUSTEE OF THE COX<br>APARTMENTS TRUST; JOHN HOICH;<br>DENISE HOICH; TIMOTHY JACKES;<br>JAMES G. JANDRAIN; LINDA L.<br>KLAASMEYR; GEORGE KRAMER;<br>DAVID LITZEN; BERNIE MARQUARDT;<br>MARK ROXBURGH; RADIO<br>ENGINEERING INDUSTRIES, INC.;<br>JOSEPH VACANTI, TRUSTEE OF THE<br>JOSEPH & CYNTHIA VACANTI TRUST;<br>AND CENTRIS FEDERAL CREDIT<br>UNION,<br><br>Defendants. | Case No. BK08-83016<br>(Chapter 11)<br><br><br><br><br>Adv.Proc. No. 10-08052-TJM |

## MOTION TO EXTEND TIME TO ANSWER
## OF THE DEFENDANT, TED HAZER

Defendant, Ted Hazer, by and through his attorneys moves the Court for an Order pursuant to Neb.R.Bankr.P. 7001-1 A.2, NECivR 6.1(a), and F.R.Civ.P. 6(b) and (d) extending and enlarging the time for filing an Answer or other responsive pleading in the above-referenced case until November 3, 2010, and in support hereof states that this Defendant was served by regular mail on September 7, 2010, with Summons which required the filing of a motion or answer on or before

-1-

October 2, 2010, that such date for filing thereof is extended by NECivR 6.1 to October 4, 2010, and Defendant is therefore entitled to an extension of such responsive pleading deadline for 30 days thereafter until November 3, 2010.

WHEREFORE, Defendant, Ted Hazer, requests that the Court enter an Order extending the date to file his Answer or other responsive pleading to November 3, 2010, and for such other and further relief as is just and proper.

Dated this 30th day of September, 2010.

TED HAZER, Defendant

By: /s/ Emmett D. Childers
Emmett D. Childers, #10672
HILLMAN, FORMAN,
 CHILDERS & McCORMACK
7171 Mercy Road, Suite 650
Omaha, Nebraska 68106
(402) 397-8051

CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of September, 2010, I electronically filed with the Clerk of the Bankruptcy Court using the CM/ECF system Ted Hazer's Motion To Extend Time To Answer which sent notification of such filings to all parties receiving notice using the CM/ECF system.

/s/ Emmett D. Childers