IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. BK 08-83016 |
| TRI-STATE FINANCIAL, L.L.C. | (Chapter 11) |
| Debtor. | ADV. PROC. NO. 10-08052-TJM |
| THOMAS D. STALNAKER, TRUSTEE, | |
| Plaintiff, | |
| vs. | |
| GEORGE ALLISON, JR.; FRANK & PHYLLIS CERNIK; CHARLES CLATTERBUCK; CHRIS & AMY DANIEL; DISTEFANO FAMILY LTD. PARTNERSHIP; MARK E. EHRHART; ROBERT G. GRIFFIN; TED HAZER; TED HAZER, TRUSTEE OF THE COX APARTMENTS TRUST; JOHN HOICH; DENISE HOICH; TIMOTHY JACKES; JAMES G. JANDRAIN; LINDA L. KLAASMEYER; GEORGE KRAMER; DAVID LITZEN; BERNIE MARQUARDT; MARK ROXBURGH; RADIO ENGINEERING INDUSTRIES, INC.; JOSEPH VACANTI, TRUSTEE OF THE JOSEPH & CYNTHIA VACANTI TRUST; AND CENTRIS FEDERAL CREDIT UNION, | |
| Defendants. | |

## MOTION TO EXTEND TIME TO ANSWER
## ON BEHALF OF DEFENDANT LINDA L. KLAASMEYER

Defendant Linda L. Klaasmeyer, by and through her attorney, moves the Court for an Order pursuant to Neb.R.Bankr.P. 7001-1 A.2, NECivR 6.1(a), and F.R.Civ.P. 6(b)

and (d) extending and enlarging the time for filing an Answer or other responsive pleading in the above-referenced case until November 2, 2010. In support thereof, Defendant states that she was served by regular mail on September 2, 2010, with Summons which required the filing of a Motion or Answer on or before October 2, 2010. Defendant's attorney entered a Notice of Appearance and Request for Service on September 28, 2010. Defendant requests an extension for filing her Answer or other responsive pleading until November 2, 2010.

**WHEREFORE**, Defendant Linda L. Klaasmeyer requests that the Court enter an Order extending the date of filing her Answer or other responsive pleading to November 2, 2010, and for such other and further relief as is just and proper.

Date: October 4, 2010.

        LINDA L. KLAASMEYER, Defendant

By: /s/ James B. Cavanagh
    James B. Cavanagh, #10643
    LIEBEN, WHITTED, HOUGHTON,
      SLOWIACZEK & CAVANAGH, P.C., L.L.O.
    2027 Dodge Street, Suite 100
    Omaha, Nebraska 68102
    Telephone: (402) 344-4000
    Facsimile: (402) 344-4006
    E-mail: jcavanagh@liebenlaw.com
    *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2010, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system, which sent notification of such filing to all parties who have requested notice on the system.

                                                  /s/ James B. Cavanagh
                                                  James B. Cavanagh

319721