UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | Case No. BK08-83016 |
| | ) | |
| TRI-STATE FINANCIAL, LLC, | ) | Chapter 11 |
| d/b/a NORTH COUNTRY ETHANOL | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| THOMAS D. STALNAKER, TRUSTEE, | ) | |
| | ) | ADV. PROC. NO10-08052 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GEORGE ALLISON, JR.; FRANK & | ) | APPEARANCE OF COUNSEL |
| PHYLLIS CERNIK; CHARLES | ) | |
| CLATTERBUCK; CHRIS & AMY DANIEL; | ) | |
| DISTEFANO FAMILY LTD | ) | |
| PARTNERSHIP; MARK E. EHRHART; | ) | |
| ROBERT G. GRIFFIN; TED HAZER; TED | ) | |
| HAZER, TRUSTEE OF THE COX | ) | |
| APARTMENTS TRUST; JOHN HOICH; | ) | |
| DENISE HOICH, TIMOTHY JACKES; | ) | |
| JAMES G. JANDRAIN; LINDA L. | ) | |
| KLASSMEYER; GEORGE KRAMER; | ) | |
| DAVID LITZEN; BERNIE MARQUARDT; | ) | |
| MARK ROXBURGH; RADIO | ) | |
| ENGINEERING INDUSTRIES, INC.; | ) | |
| JOSEPH VACANTI, TRUSTEE OF THE | ) | |
| JOSEPH & CYNTHIA VACANTI TRUST; | ) | |
| AND CENTRIS FEDERAL CREDIT UNION, | ) | |
| | ) | |
| Defendants | | |

COMES NOW John D. Stalnaker, of Stalnaker, Becker & Buresh, P.C., and enters his appearance on behalf of, Thomas D. Stalnaker, Trustee, Plaintiff in this matter.

DATED this 5th day of October, 2010.

> THOMAS D. STALNAKER, TRUSTEE,
> Plaintiff,
>
> By: /s/ John D. Stalnaker
> Robert J. Becker, #10258
> John D. Stalnaker, #23809
> STALNAKER, BECKER & BURESH, P.C.
> P.O. Box 24268
> Omaha, Nebraska 68124
> (402) 393-5421
> r.becker@sbbpc.com
> j.stalnaker@sbbpc.com
> His Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2010, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to all parties who filed an appearance by electronic filing in this case.

> /s/ John D. Stalnaker
> John D. Stalnaker