IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. BK08-83016 |
| TRI-STATE FINANCIAL, LLC, d/b/a | ) | |
| NORTH COUNTRY ETHANOL, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| ──────────────────────── | ) | |
| | ) | |
| THOMAS D. STALNAKER, TRUSTEE, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Proc. No. 10-08052-TJM |
| | ) | |
| vs. | ) | |
| | ) | |
| GEORGE ALLISON, JR.; FRANK & | ) | |
| PHYLLIS CERNIK; CHARLES | ) | |
| CLATTERBUCK; CHRIS & AMY | ) | |
| DANIEL; DISTEFANO FAMILY LTD. | ) | |
| PARTNERSHIP; MARK E. EHRHART; | ) | |
| ROBERT G. GRIFFIN; TED HAZER; | ) | |
| LINDA SNYDER, TRUSTEE OF THE | ) | |
| COX APARTMENTS TRUST; JOHN | ) | **WITHDRAWAL** |
| HOICH; DENISE HOICH; TIMOTHY | ) | |
| JACKES; JAMES G. JANDRAIN; | ) | |
| LINDA L. KLASSMEYER; GEORGE | ) | |
| KRAMER; BERNIE MARQUARDT; | ) | |
| RADIO ENGINEERING INDUSTRIES, | ) | |
| INC.; JOSEPH VACANTI, TRUSTEE OF | ) | |
| THE JOSEPH & CYNTHIA VACANTI | ) | |
| TRUST; AND CENTRIS FEDERAL | ) | |
| CREDIT UNION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

| | |
|---|---|
| CENTRIS FEDERAL CREDIT UNION, | ) |
| | ) |
| Counterclaim and | ) |
| Cross-Claim Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| THOMAS D. STALNAKER, TRUSTEE, | ) |
| | ) |
| Counterclaim Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| GEORGE ALLISON, JR.; FRANK & PHYLLIS CERNIK; CHARLES CLATTERBUCK; CHRIS & AMY DANIEL; DISTEFANO FAMILY LTD. PARTNERSHIP; MARK E. EHRHART; ROBERT G. GRIFFIN; TED HAZER; LINDA SNYDER, TRUSTEE OF THE COX APARTMENTS TRUST; JOHN HOICH; DENISE HOICH; TIMOTHY JACKES; JAMES G. JANDRAIN; LINDA L. KLASSMEYER; GEORGE KRAMER;  BERNIE MARQUARDT; RADIO ENGINEERING INDUSTRIES, INC.; AND JOSEPH VACANTI, TRUSTEE OF THE JOSEPH & CYNTHIA VACANTI TRUST, | ) |
| | ) |
| Cross-Claim Defendants. | ) |

Defendant/Counterclaim Plaintiff Centris Federal Credit Union withdraws Filing #95, filed July 25, 2011, in the above-stated matter. Filing #95 was not the document the parties' counsel signed, does not accurately reflect the agreement between the parties, and was filed erroneously. Filing #96 is the correct document and accurately reflects the agreement between the parties.

DATED this   26th   day of July, 2011.

        CENTRIS FEDERAL CREDIT UNION, Defendant
        and Counterclaim Plaintiff

        By   /s/ David J. Skalka
           Martin P. Pelster, #19223
           David J. Skalka, #21537
           Croker, Huck, Kasher, DeWitt, Anderson &
              Gonderinger, L.L.C.
           2120 South 72nd Street, Suite 1250
           Omaha, Nebraska 68124
           (402) 391-6777
           (402) 390-9221 (Fax)

        Attorneys for Defendant and Counterclaim Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of July, 2011, I caused the above document to be filed in the Bankruptcy Court's CM/ECF system which gave notification electronically upon all parties who filed an appearance or requested notice by electronic filing in this case, and I hereby certify that I have mailed by first class United States mail, postage prepaid, the document to the following non-CM/ECF participants:

None.

          /s/ David J. Skalka
        David J. Skalka, #21537

00449218.DOC